JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. ACV 10-3992 |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| JAMES P. ZALEZ, MD, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, JAMES P ZALEZ, MD, in the total amount of $160,149.93.

Dated: 2/4/2011

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1